**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Thomas Hixson**<br>U.S. Magistrate Judge | **RE:** | **Tan, Andrew** |
| **FROM:** | **Silvio Lugo, Chief**<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-mj-70441-MAG |
| **Date:** | **April 19, 2022** | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong                                             408 535 - 5231

**U.S. Pretrial Services Officer**                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _by Zoom_ on _4/22/2022_ at _12:00 PM_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

**The following condition is added:**
*1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without legal prescription.*

**The following conditions are removed:**
*2. Defendant must observe a curfew and remain at his residence every day from 9:00 P.M. to 6:00 A.M., except as directed by Pretrial Services.*
*3. Defendant must submit to location monitoring by RF; as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____

_____                _4/19/2022_____
**JUDICIAL OFFICER**                                    **DATE**
Thomas S. Hixson, United States Magistrate Judge