~~PROPOSED~~ ORDER/COVER SHEET

TO:  **Honorable Thomas Hixson**  
     **U.S. Magistrate Judge**

RE:  **Tan, Andrew** _____

FROM: **Silvio Lugo, Chief**  
      **U.S. Pretrial Services Officer**

Docket No.:  3:22-mj-70441-MAG _____

Date:  **April 19, 2022**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong _____         408 535 - 5231 _____

**U.S. Pretrial Services Officer**                    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____  Presiding  District Court Judge _____

☑  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑  Modification(s):

**The following condition is added:**  
_1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without legal prescription._

**The following conditions are removed:**  
_2. Defendant must observe a curfew and remain at his residence every day from 9:00 P.M. to 6:00 A.M., except as directed by Pretrial Services._  
_3. Defendant must submit to location monitoring by RF; as directed by Pretrial Services._

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____        April 19, 2022 _____  
**JUDICIAL OFFICER**                **DATE**  
Hon. Thomas S. Hixson  
U.S. Magistrate Judge